| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF NEW YORK<br>--------------------------------------------------------X<br>In re:<br><br>VANESSA PUGH<br>*aka Vanessa D. Pugh, aka Vanessa Pugh-Reefer*<br><br><br>　　　　　　　　Debtor(s)<br>--------------------------------------------------------X | *Return Date:  August 9, 2018*<br>*Time:  9:30 a.m.*<br><br><br>Chapter 13<br>Case No.: 18-73512-736<br><br><br><br><br>**NOTICE OF MOTION** |

SIRS / MADAMS

      **PLEASE TAKE NOTICE**, that MICHAEL J. MACCO, Chapter 13 Trustee of the above captioned estate, will move before the Honorable Robert E. Grossman, United States Bankruptcy Judge on the 9th day of AUGUST, 2018 at 9:30 a.m., at the United States Bankruptcy Court located at the Alfonse M. D'Amato U.S. Courthouse, 290 Federal Plaza – Courtroom 860, Central Islip, New York 11722, for an Order pursuant to 11 U.S.C. §§521 & 1307(c), dismissing this case by reason of the debtor(s)' failure to provide and/or file documents, and for such other and further relief as this Court deems just and proper.

      **PLEASE TAKE FURTHER NOTICE**, that answering papers, if any, shall be filed with the Court and served upon the undersigned no later than three (3) days prior to the return date of this motion.

| | |
|---|---|
| Dated: Islandia, New York<br>　　　　July 19, 2018 | Yours, etc.<br><br>MICHAEL J. MACCO<br>Chapter 13 Trustee<br>2950 Express Drive South, Suite 109<br>Islandia, New York 11749<br>(631) 549-7900 |

To:   *Office of the United States Trustee*
      *VANESSA PUGH, Debtor(s)*
      *RONALD D. WEISS, ESQ. Attorney for Debtor(s)*
      *All Interested Parties and Creditors*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X        **tmm1634**
In re:

                                                                                                  Chapter 13
                                                                                                  Case No.: 18-73512-736

VANESSA PUGH
*aka Vanessa D. Pugh, aka Vanessa Pugh-Reefer*

                         Debtor(s)                                    **APPLICATION**
---------------------------------------------------------X
TO THE HONORABLE ROBERT E. GROSSMAN, UNITED STATES BANKRUPTCY JUDGE:

       MICHAEL J. MACCO, Chapter 13 Trustee in the above captioned estate, respectfully represents as follows:

       1.   The debtor(s) filed a petition under the provisions of 11 U.S.C. Chapter 13 on May 23, 2018, and thereafter MICHAEL J. MACCO was duly appointed and has qualified as Trustee.

       2.   As of the date of this motion, the debtor(s) has failed to provide the Trustee with an Amended Chapter 13 Plan; proof post-petition mortgage (including second mortgage) and car (if not surrendered) payments have been made; June Target Statement; and a Withdrawal from Objection to Confirmation.

       3.   This is a material default and is prejudicial to the rights of the creditors of the debtor(s).

       **WHEREFORE**, the Trustee requests an Order pursuant to the provisions of 11 U.S.C. §§521 & 1307(c), dismissing this case, and for such other and further relief as this Court deems just and proper.

Dated: Islandia, New York
       July 19, 2018

                                                              *Michael J. Macco*
                                                              Michael J. Macco, Chapter 13 Trustee
                                                              2950 Express Drive, Suite 109
                                                              Islandia, NY   11749
                                                              (631) 549-7900

STATE OF NEW YORK      )
COUNTY OF SUFFOLK    )      ss.:

        STEPHANIE TURNER, being duly sworn, deposes and says: deponent is not a party to this action, is over 18 years of age, and resides in Suffolk County, New York.

        On July 19, 2018 deponent served the within:

NOTICE OF MOTION AND APPLICATION

upon the following parties, at the addresses designated by said parties for that purpose, by depositing a true copy of same, enclosed in a post-paid, properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York:

*Vanessa Pugh*
*55 Tell Avenue*
*Deer Park, NY 11729*
*Debtor(s)*

*Wells Fargo Bank, N.A.*
*c/o Woods, Oviatt, Gilman LLP*
*700 Crossroads Building, Two State Street*
*Rochester, NY 14614*

*U.S. Bank National Association*
*c/o Aldridge Pite, LLP*
*4375 Jutland Drive, Suite 200*
*P.O. Box 17933*
*San Diego, CA 92177-0933*

and upon the following parties, by the e-mail address designated by said parties for that purpose;

*Office of the United States Trustee*
*Alfonse M. D'Amato U.S. Courthouse*
*USTPRegion02.LI.ECF@usdoj.gov*

*Ronald D. Weiss, Esq.*
*weiss@ny-bankruptcy.com*
*Attorney for Debtor(s)*

                                              */s/Stephanie Turner*
                                              STEPHANIE TURNER

Sworn to before me this
19th day of JULY, 2018

*/s/ Janine M. Zarrilli*
NOTARY PUBLIC
Janine M. Zarrilli
Notary Public, State of New York
No. 01ZA5084708
Qualified in Nassau County
Commission Expires September 8, 2021