# Aldridge Pite, LLP
40 Marcus Drive, Suite 200
Melville, New York 11747
Tel: 631-454-8059 – Fax: 631-454-8169

October 1, 2018

Hon. Robert E. Grossman
United States Bankruptcy Court
Eastern District of New York
Alfonse M. D'Amato Federal Courthouse
290 Federal Plaza
Central Islip, New York 11722

**Re:         Vanessa Pugh**
**Creditor:   Wells Fargo Home Mortgage**
**Case:       18-73512**


Dear Judge Robert E. Grossman,


Our office represents Wells Fargo Home Mortgage in this matter.  The Order directing Loss Mitigation was entered on June 12, 2018.  On June 19, 2018, our Firm filed the Creditor affidavit.

On August 8, 2018, a Loss Mitigation Status Conference was held, wherein your Honor required Creditor to review Debtor for Loss Mitigation a second time.  As of today's date, the documents requested for review remain outstanding.

On September 27, 2018, the Trustee's Motion to Dismiss was granted.  As a result, Creditor requests that this Court allow it to upload an Order Terminating Loss Mitigation, as it is now moot based on the dismissal of the case.


　　　Thank you for your time and consideration.

　　　　　　　　　　　　　　　　　　　　　Respectfully,

　　　　　　　　　　　　　　　　　　　　　 /s/ Jenelle C. Arnold
　　　　　　　　　　　　　　　　　　　　　  Jenelle C. Arnold, Esq.